UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                :
DOMINIKA ZAKRZEWSKA                             :
                                                :
                    Plaintiff,                  :    06  Civ.  5463 (LAK)
                                                :
                                                :    NOTICE OF MOTION
              v.                                :    FOR A PROTECTIVE ORDER
                                                :
THE NEW SCHOOL  and                             :
KWANG-WEN PAN,                                  :
                                                :
                                                :
                    Defendants.                 :
                                                :
-------------------------------------------------------------x

PLEASE TAKE NOTICE, that upon the Declaration of Jason L. Solotaroff, dated

December 18, 2007,  Plaintiff will move this Court before the Hon. Lewis A, Kaplan, at the

United States Courthouse located at 500 Pearl Street, New York, New York, on a time and date

to be determined by the Court, for an Order compelling discovery and for any other relief that the

Court considers just and proper.

Dated:        December 18, 2007
              New York, New York

                              Respectfully submitted,

                              GISKAN, SOLOTAROFF & ANDERSON LLP

                              /s/

                              _____
                              Jason L. Solotaroff (JS-5739)
                              11 Broadway, Suite 2150
                              New York NY 10004
                              Tel. (212) 847-8315