UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMINIKA ZAKRZEWSKA,<br><br>                        Plaintiff,<br><br>      v.<br><br>THE NEW SCHOOL, AND KWANG-WEN PAN,<br><br>                        Defendants. | **NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>**Civil Action No.<br>06 Civ. 5463 (LAK)**<br><br>**Electronically Filed** |

PLEASE TAKE NOTICE, that upon the Complaint, the Affirmation of Thomas S. D'Antonio, dated August 13, 2008, the Affidavit of Keila Tennent, dated August 12, 2008, the Statement of Material Facts pursuant to Rule 56.1 of the Local Rules of the United States District Court for the Southern District of New York dated August 13, 2008, the Appendix to the Statement of Material Facts, including Exhibits A-R, the Joint Appendix of Deposition Transcripts, including Deposition Exhibits A-D, and defendant The New School's Memorandum of Law, dated August 13, 2008, defendant The New School will move this Court before the Hon. Lewis A. Kaplan, at the United States Courthouse located at 500 Pearl Street, New York, New York, on a time and date to be determined by the Court, for an Order granting defendant The New School summary judgment dismissing plaintiff's claims in their entirety pursuant to Federal Rule of Civil Procedure 56, upon the ground that there is no genuine issue of material fact precluding summary judgment in The New School's favor.

PLEASE TAKE FURTHER NOTICE that The New School intends to file and serve reply papers.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

2

Dated: August 13, 2008    WARD NORRIS HELLER & REIDY LLP

/s/ Thomas S. D'Antonio
Thomas S. D'Antonio
300 State Street
Rochester, New York 14614
Telephone (585) 454-0700
tsd@wnhr.com

*Attorneys for defendant*
*The New School*