Case 1:06-cv-05463-LAK   Document 115   Filed 06/29/09   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 29 2009

S.D.N.Y.-N.Y.C.
06-cv-5463
Kaplan, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18th day of June, two thousand nine,

Present:
    Hon. Ralph K. Winter,
    Hon. José A. Cabranes,
    Hon. Peter W. Hall,
        *Circuit Judges.*

UNITED STATES COURT OF APPEALS FILED JUN 1 8 2009 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT

Dominika Zakrzewska,

    *Plaintiff-Respondent,*

v.

The New School,

    *Defendant-Petitioner,*

Kwang-Wen Pan,

    *Defendant.*

09-0611-mv

Catherine O'Hagan Wolfe, Clerk
by _____
    DEPUTY CLERK

CERTIFIED:

6/26/09

Petitioner, through counsel, moves, pursuant to 28 U.S.C. § 1292(b), for leave to take an interlocutory appeal of an order of the district court. Upon due consideration, it is hereby ORDERED that the petition is GRANTED. The merits appeal will be resolved by this panel.

FOR THE COURT:

Catherine O'Hagan Wolfe, Clerk

By: *[signature]*