**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 22nd day of June, two thousand and ten.

PRESENT:    RALPH K. WINTER,
            JOSÉ A. CABRANES,
            PETER W. HALL,
                    *Circuit Judges.*

DOMINIKA ZAKRZEWSKA,

                *Plaintiff-Appellee,*

v.

THE NEW SCHOOL,

                *Defendant-Appellant,*

KWANG-WEN PAN,

                *Defendant.*

*[Seal: UNITED STATES COURT OF APPEALS FILED JUN 2 2 2010 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]*

**ORDER**
Docket No. 09-0611-cv
   SDNY        **06-cv-5463(LAK)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  August 3, 2010

The appeal in the above captioned case, from the United States District Court for the Southern District of New York was submitted on the District Court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the order of the District Court denying defendant's motion for summary judgment is AFFIRMED and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

FOR THE COURT,
Catherine O'Hagan Wolfe,
Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*

Joy Fallek, Administrative Attorney

**MANDATE ISSUED ON 08/02/2010**